**Michael Kern Preller**
[redacted]
**Shirley, New York** [redacted]
[redacted]

August 12, 2023

District Judge Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Letter of Support – Brian Michael Preller

Dear Judge McFadden:

My name is Michael Preller and I am Brian Preller's father. I'm currently employed as a Facilities Engineer for a Pharmaceutical company on Long Island New York.

I'm also a service connected disabled Veteran. Brian comes from a long line of Preller's serving in the Military. His Great Grandfather and Grandfather served in the Navy, and I myself served in the US Army as a Tanker. His uncle Mark retired from the Army and his uncle John served in the Brown Water Navy in Vietnam. Ever since he was a small child Brian wanted to serve in the Army.

Brian's childhood was filled with trips to the woods in Florida where he was born. Swimming, canoeing, squirrel hunting countless airshows he even got his juniors pilots license signed by Chuck Yeager. Brian also played lots of baseball. Brian always said that he would play baseball until he won the District championship. Seven years later at age 12 he dropped a perfect fit right in the pocket between second and center field bringing in the winning run and taking the Championship. Brian never played again. He had his sights on the US Army.

Unfortunately for Brian in 2002 his Mother and I got a divorce. We kept things from Brian for a long time so its kind of blindsided him. Brian is a mentally strong person and he pushed thru it but I know that it took a toll on him.

Brian stayed on course and joined the ROTC in high school. When Brian was 16 his girlfriend got pregnant she was 16 also. Once again, Brian showed determination. They stayed together and eventually got married. When Brian's son my Grandson Brian Michael Preller Jr. was 6 months old it was discovered that he needed open heart surgery to repair his heart valve. The odds were not in his favor ,but Brian Jr – Lil' B as we call him - pulled through. Brian Jr. cannot serve in the military due to his heart condition but he is currently a Firefighter cadet at the top of his class. He found another way to serve.

Brian Sr. was a 17 year old young man who was growing up fast. Brian pushed through every obstacle. Brian stayed in school and signed up for a program in the ROTC that allowed him to

take basic Infantry training at Ft Benning Ga during his Junior summer recess from High School. While all his friends were running around partying at Daytona Beach and playing video games Brian was training in the hot Georgia sun to serve his country. He graduated basic just in time to return for his Senior year.

After graduating High school Brian once again returned to Ft Benning to complete his Advanced individual training. Brian Graduated with Honors and a special ceremony for him. He had shot an almost unheard of perfect score. Brian was assigned to the Florida National guard and began training for deployment to Iraq. During all of this he worked and took care of his wife and ill son.

When Brian deployed to Iraq in my opinion things started to change with him. He witnessed man's brutality. The insurgents killed their own people so indiscriminately he felt helpless. He had a bus load of kids blown up in front of his gun truck. When he tried to help he was stopped. He wasn't allowed to touch them do to religious beliefs. That happened on several occasions. Truly Sad. After his return from deployment I could tell it affected Brian. He was so disappointed. When it was time to reenlist he turned it down.

Brian signed up for the Police academy and was accepted, but once again fate intervened. He had been in an accident that broke his shoulder and couldn't pass the physical. Brian did what he knew best. He became an Armed security guard and began getting all of his certificates to become a firearms instructor. Brian was going to teach. And he was excellent. I believe he liked the regimented structure like in the military. This is how Brian got involved with some of the older ex-military guys. They started going to rallies to defend against antifa people who would get quite violent. Brian felt a sense of purpose protecting people. I know he went to DC to protect whoever needed protection from the antifa protesters. Brian had never been in trouble with the law until now.

Since that day in DC Brian has gotten a divorce. He met a wonderful woman named Erika. Erika has truly changed him for the better. She has showed him that there is so much more to life. They spend every opportunity out in nature. Camping and hiking as long as his parole officer knows. Brian's children are in South Carolina now with their mom, but are still a major part of Brian's life. They speak daily and spend their time off from school with Brian and Erika. Brian is so calm now and doesn't even bring up the horrific scenes he witnessed in Iraq anymore. He doesn't drink not that he ever did much. And he completely quit smoking for months now. Brian just wants to live his life as peaceful as possible and settle down to a brighter future with his family.

My wife Lisa and I are also fully committed to doing whatever is necessary to ensure that Brian has the resources necessary to stay on a positive track with his life.

My greatest fear is that all the noticeable improvements Brian has made these past two years will be lost if he goes to jail. This man has endured more than most and more than most can, and it is for these reasons that I respectfully ask that you not give Brian jail time and consider instead probation and/or community service.

Respectfully,

*Michael Kern Preller*

Michael Kern Preller