EXHIBIT
B

**Lisa J. Preller**
[redacted]
**Shirley, New York** [redacted]
[redacted]

August 12, 2023

District Judge Trevor N. McFadden
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: Letter of Support – Brian Michael Preller

Dear Judge McFadden:

I am writing you on behalf of my stepson, Brian Michael Preller. My name is Lisa Preller. I live on Long Island in New York, and am employed by a mid-sized generic pharmaceutical company as a Procurement Manager. I have known Brian for more than 20 years.

As you are well aware, Brian is facing sentencing based on charges related to the events which took place on January 6th in Washington, D.C. In light of these circumstances, I am respectfully submitting this letter of support and endorsement of Brian's good character and high morals, and appreciate your time to read and reflect on what I have to say.

If I had to sum up my opinion of the person I've known for 20 years in one word it would be honorable. That may seem strange me stating this to - of all people - a US Judge, but in all the time I have known Brian, that statement rings true, as he has always been a person who believes in truth and doing the right thing. And while none of us are perfect, I sincerely believe Brian has lived an honorable life.

I met Brian as an energetic bright thirteen-year-old who idolized his father, an Army veteran. Brian was always outside and he loved spending time with his dad and a couple of close friends. He also loved history and writing, and actually wanted to write novels. He was respectful to me and always treated my young son Sean and daughter Hallie – who were 3 and 2 when he met them - with kindness, care and more patience than a kid his age should have.

Brian's father and I relocated to New York and Brian's mom would not allow him to move with us. That was so hard on Brian. He and his dad talked on the phone every single night and every school break was spent with us. I knew I could always trust Brian to do the right thing and never once did I ever have to worry about him stealing or getting into trouble or anything of that sort. He helped around the house and was a really positive influence on my younger children.

Just as Brian was turning 16 he got his girlfriend Amanda pregnant. Unlike most teens Brian and Amanda got married just before their son Brian Jr. was born. Brian Jr. was born with a heart

defect which required surgery and Brian stood by them and remained deeply committed to his family. Instead of hanging out with friends and being a normal teenager he was changing diapers, going to doctors' appointments, keeping up with his grades to graduate on time and trying to earn money to support his wife and child. When you are honorable, you keep your word and you do the right thing regardless of what others are doing.

Brian joined the Army as soon as he could. He told me he knew it would provide him the opportunity to fully support his family and make a better life for them. He ended up being deployed to Iraq and was a driver in convoys which meant he was being shot at and witnessing IED explosions on a regular basis. Brian really does not talk about that time very much, but I do recall one story he briefly told his dad and I about a bus full of civilians that he had just came up on, that hit an IED and there were bodies everywhere. Brian tried to save the driver - who had a windshield wiper through is neck - but he was told not to touch him, and could only stand there trying to comfort him as he died. That really haunted Brian, as I believe he felt like he had failed him. When Brian finally came back from Iraq Brian had changed so much. He saw a lot of ugliness there and adjusting back to normalcy was extremely challenging for Brian. During that time he turned to drinking to forget what he went through and was very self-destructive, which eventually led to his divorce after two children and 17 years of marriage. That is when he started believing in and putting his trust in the wrong people.

How Brian ended up in DC on January 6th was a series of extremely poor choices and being surrounded by bad people who took advantage of his loyalty, leading him to believe he was doing what was right, when in fact, that was never the case. Yes, Brian knows he made really bad decisions that day, but one thing that day was never about was Brian intentionally hurting people or putting lives in danger. Brian was never a "Monster." He got that nickname in the Army because of all the Monster Energy Drinks he drank to stay awake and alert while driving and it just stuck with him. He has told me several times he is deeply sorry for ever being there in the first place and wishes he had made far better choices back then.

Brian has completely turned his life around the past two years and wants no part of that life or the people he left behind in Florida. He just wants to be a good father figure for his children and continue to support his family and make positive contributions to society. He has completely given up smoking and drinking of any kind, and is focused on a healthy lifestyle both mentally and physically. Brian has the full support of his father and I, as we are committed to ensuring that Brian continues on this positive path and will do whatever is necessary to make sure that happens.

After 20 years of being in his life, I know Brian is the kind of person who wouldn't think twice about putting his life in danger to save a complete stranger. In fact he received a medal from his time in the Army for doing exactly that. He is a good and honorable person and I am hoping and praying that you can see that and will rule with compassion and understanding.

I respect you and thank you for your consideration.

Respectfully,

*Lisa J. Preller*

Lisa J. Preller