Dear Judge McFadden,

My name is Erika Tefft and I would like to express sincere appreciation for your time in reading the following letter. While I attended college in pursuit of conservational marine biology, I did not complete my degree due to a traumatic brain injury that required extensive rehabilitation. I am currently working full time as a freelance writer in the works of completely my own publications. My nuclear family has been a strong presence in my life and I pride myself on being a person who contributes intelligent, caring, and positive influence to the world. My history includes physical, mental, and sexual trauma that has made me a realist that acknowledges humanity is not as simple as good and evil, and that choices are what form a person's life. I met Brian Preller in early February 2022 and we have been together as a couple since. We have lived together for over a year and previously held an apartment contract in Vermont which we discontinued in order to move in with my father in Oakham, MA, to assist in preparing for the sale of my childhood home. Brian and I have spent nearly every day of the last year and a half together, allowing me to know his character intimately. I write the following in hopes of providing personal insight as to the character of Brian Preller, external to his actions on January 6th.

I cannot overstate the positive influence that Brian's presence and partnership has had on my life. I met Brian by chance. He was just a stranger on a bar stool who looked sad and broken and in need of a friend, so I offered to be one. He was fully transparent with me about the difficulties of his life and the challenges he was facing. This was February of 2022 and Brian presented himself to me as a person who was well aware that he had gotten himself into a predicament with bad people and bad choices that he was actively trying to separate himself from. I came to know him as a scared man, in over his head, who had so little hope in overcoming his poor decisions that he was contemplating taking his own life. Struggling with the direction of my own life, it was here that we realized we had a chance to be a ladder out of rock bottom for one another.

Brian is a man of determination and honor with the unfortunate habit of believing he is not good enough. As a child Brian's self-doubt started when his nuclear family dissolved with his father moving away, while his mother continued to drink heavily and be an absent parent. Brian and his first girlfriend Amanda became pregnant as teenagers and chose to marry and venture out on their own. At 16 years old Brian became fully responsible for the wellbeing of himself, his wife, and his child. I believe that at such a formative age, Brian developed his sense of worth solely around this new family and threw himself into being the best man he could be. This led him to military service involving deployment to Iraq. During this deployment Brian personally experienced the horrors of war and developed post-traumatic stress disorder. Rarely a night goes by where I do not have to wake him from his nightmares and remind him that he is safe. Under a tough guy exterior Brian has been deeply touched by the evils of humanity. He is soft in nature and through our relationship he has blossomed back into the gentle and empathetic person that his ex-wife Amanda, often tells me he was for the length of their marriage. During that marriage, Brian entered an era of personal struggle when he was

temporarily unable to perform most tasks due to injuries sustained in a motorcycle accident. Through mutual disconnect Brian and Amanda's relationship disintegrated to a point of infidelity from Amanda that the couple could not mend. The core of Brian's self-worth revolved around caring for and protecting a family that was now coming apart. The questions this raised in his mind of his own self-worth coupled with the traumas sustained during military service resulted in his rejection of his core morals and ideologies, ultimately leading to what he considers his "rock bottom" including his involvement with January 6th.

At the close of his marriage Brain became dependent on his growing connections to friends, which became his connection to more extreme political ideologies and brazen action. Being in such emotional turmoil, Brian fed on the comradery and respect he was gaining among these peers. A good portion of his poor decision making can be attributed to the classic need to be liked and the fear of loneliness. The more that Brian involved himself with these connections, the more valued he felt. At a time where Brian was numbing his emotions with excess alcohol and held small opinion of himself, he saw no problem with being reckless in pursuit of feeling important to something. He was being offered an opportunity to feel a sense of purpose and belonging, although askew from his core beliefs and functions. He has expressed that after the actions of January 6th he came to realize that if he did not change his course, disconnect from his current lifestyle, and become reacquainted with his true self, that he would likely end up in prison or dead. He has acknowledged openly that his actions were those of weak character and he does not resonate with the way he acted. He stands for honor, and knows that his behaviors surrounding the events of the capitol are not who he wants to be.

Throughout our relationship Brian has continued to put strenuous effort in to acting as the most positive version of himself possible. In the last year and a half, we have hiked numerous trails and waterfalls to quiet wilderness where Brian can explore his passions of taking photos, and studying nature. He likes to start his morning with a coffee while he snuggles our rescue dog, before facing the day with positivity. He has fostered a safe relationship where I feel protected and heard. He has not only been sober for over a year, but he was my support and motivation to quit alcohol myself. He holds both himself, and me accountable to our hearts, morals, and future. His continued commitment to facing the consequences of his actions and fighting to be a great man are truly moving. Often he will hold my hand in quiet moments and beg to know why he couldn't have turned things around and met me before January 6th, and his actions that have so negatively impacted his life. Since we met we have talked of buying a mobile home and traveling the country to every national park, writing and taking photos as we go. We have every hope that on the other side of his dealings in court, we will see this become a reality. I struggle with his charges because while I fully believe that all people are responsible for their actions and must face consequences, I can't help but feel that Brian is facing the consequences of actions made by a version of himself that no longer exists. Prior to any legal involvement Brian had fully engaged himself in correcting his path and has done so impressively. He has successfully reintegrated himself into a healthy personal life, work, and continued assistance with his mental health. While he no can no longer perform his passion of being a self-defense weapons instructor, he has turned that energy towards a career in photography with the same spirit.

While there is no doubt that Brian is responsible for his actions in Washington D.C., it is vital to note that these actions are the outlier in a long life of kindness and honor. People often ask me why I have chosen to stay with Brian in the face of his legal predicament. The answer is simple. I strongly hold that to judge the character of someone by their worst days and poorest actions, is to reject the belief that second chances exist and that redemption is possible. While still understanding the bad choices don't just disappear, I choose to judge Brian on the way he consistently lives. Change is no small effort, and I see it in him every day. He has worked on all aspects of his character from patience and communication to healthy lifestyle and family connections. Brian truly flourishes when he feels that he is valued and believed in. I know with complete certainty that he is of pure heart and will continue to progress his life in the right direction.

It is my understanding that a key motivation for incarceration is the idea that the time served will allow for personal reform and reintegration into society. As Brian has put full effort into reformation and has been so far successful in his efforts under supervision, I am gravely concerned that incarceration will expose him to more isolation and trauma that could dislodge him from his positive path. He desires a quiet life full of laughter and his children. Brian has my full support as a partner and a friend in his efforts to continue to better himself.
Brian is the kind heart that comforts me when I am sad, encourages me when I am doubtful, and would lay down his life in defense of anyone in need. Thank you again for your patience and consideration in reading this letter. I am not sure when this letter will find you, but I am sure that whenever you read it, Brian will be somewhere doing the very best a person can do to be a good human.

With sincere appreciation,

Erika Tefft
[redacted]
Oakham MA, [redacted]